IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | 1:20-CR-00302-ELR-1 |
| | * | |
| JAREE JALON JACKSON, | * | |
| a/k/a Jaree Jalon Jackson, Jr., | * | |
| a/k/a Jaree Jerome Jackson, | * | |
| a/k/a Ola Runt, | * | |
| | * | |
| Defendant. | * | |

**O R D E R**

This matter is before the Court for consideration of the Report and Recommendation ("R&R") of Magistrate Judge John K. Larkins, III. [Doc. 43]. Judge Larkins recommends that Defendant be found competent to stand trial, as he is able to understand the nature and consequences of the proceedings against him and to assist properly in his defense. After conducting a careful and complete review of a magistrate judge's findings and recommendations, a district court judge may accept, reject, or modify a magistrate judge's R&R. 28 U.S.C. § 636(b)(1) (C); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982). No objections to the magistrate judge's R&R have been filed, and therefore, the Court has reviewed the R&R for plain error.

See United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983). The Court finds no error.

Accordingly, the Court **ADOPTS** the R&R [Doc. 43] as the opinion of this Court.

**SO ORDERED**, this 25th day of June, 2021.

_Eleanor L. Ross_
Eleanor L. Ross
United States District Judge
Northern District of Georgia