FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 05 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JAREE JACKSON JR.          CASE# 1:20-CR-00302-ELR-JKL
    -VS-
UNITED STATES OF AMERICA   HONORABLE: JUDGE ELEANOR L. ROSS

MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C 3582(c)(2)

COMES NOW, THE DEFENDANT JAREE JACKSON, REFERRED HERE AFTER AS (JACKSON) RESPECTFULLY MOVES THIS HONORABLE COURT TO REDUCE HIS SENTENCE.

IN SUPPORT THERE OF, (JACKSON) CONVEYS THE FOLLOWING:

SECTION 3582(c)(2) AUTHORITIES A DISTRICT COURT TO REDUCE A TERM OF IMPRISONMENT IN A CASE OF A DEFENDANT WHEN HE HAS BEEN SENTENCED BASED ON A SENTENCING RANGE THAT HAS BEEN SUBSEQUENTLY BEEN LOWERED BY THE UNITED STATES COMMISSION (18 U.S.C. 3582(c)(2)) ("USSC"). A 2-LEVEL REDUCTION IS WARRANTED FOR THOSE WHO HAVE NON-VIOLENT, AND NON SEX OFFENSES WITH ZERO CRIMINAL POINTS AND THE ABANDONMENT OF EXTRA CRIMINAL HISTORY POINTS CALLED "(STATUS POINTS)" WHICH ONLY APPLIES TO THOSE ON PROBATION, PAROLE, OR SUPERVISED RELEASE. PETITIONER ASSERTS THAT HE IS ENTITLED TO THE APPLICATION OF THE NEW PROPOSED GUIDELINE AMENDMENTS AND BECAUSE HE RECIEVED THE (2) POINT ENHANCEMENT TOWARDS HIS SENTENCE FOR BEING ON PROBATION AND REQUEST THAT THE COURT REDUCE HIS TERM OF IMPRISONMENT ACCORDINGLY OR IN THE ALTERNATIVE, THE COURT SHOULD PLACE THIS CASE/MOTION IN ABEYANCE UNTIL SUCH ENACTMENT IS IMPLEMENTED.

MAY 1, 2023 THE ("USSC") SUBMITTED TO CONGRESS AMENDMENTS TO THE SENTENCING GUIDELINES AND COMMENTARY, WHICH BECOMES EFFECTIVE NOVEMBER 1, 2023. SEE SECTION 4A1.1 (CRIMINAL HISTORY CATEGORY) THIS IS A CASE OF "STATUS POINTS" WHICH SUPPORTS A REDUCTION IN HIS TERM OF IMPRISONMENT AND CAN BE APPLIED CONTEMPORANEOUSLY AT THIS TIME.

CONCLUSION :

PETITIONER'S CONDUCT AND FOCUS DURING HIS INCARCERATION HAS BEEN THE ORIGIN OF CHANGE AND REHABILITATION HERE AT F.C.I BECKLEY, AS HE SEEKS A FRESH START UPON HIS RELEASE. WITH RESPECT TO CHANGE, HE HAS TAKEN THE INITIATIVE TO ENGAGE IN PROGRAMS SO THAT HE CAN BE A PRODUCTIVE MEMBER IN SOCIETY AND THIS REDUCTION WILL BE CONSISTENT WITH THE APPLICABLE AMENDMENTS. WHEREFORE, PETITIONER PRAYS THIS HONORABLE COURT GRANT ITS MOTION TO REDUCE HIS SENTENCE.

~ CERTIFICATE OF SERVICE ~

I HEREBY CERTIFY THAT A COPY OF THIS TRUE AND CORRECT MOTION HAS BEEN DEPOSITED INTO THE HANDS OF A PRISON OFFICER UNDER THE MAILBOX RULE PURSUANT FED. R. CIV-P 4(c)(i); HASTON v. LUCK, 487 U.S. 266, 278 (1988)

RESPECTFULLY SUBMITTED

JAREE J. JACKSON #11805-509
FEDERAL CORRECTIONAL INSTITUTION BECKLEY
P.O. BOX 350
BEAVER, WV 25813

Jaree Jackson 11805-509
F.C.I Beckley
P.O. Box 350
Beaver, WV 25813



United States District Court
For the Northern District of Georgia
Suite 1500, Centennial Tower
101 Marietta Street, N.W.
Atlanta, GA 30303

30303-272099